UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HOWARD COHAN,

Plaintiff,　　　　　　　　　　　　　　Case No. 1:22-cv-00719

　　　　　　　　　　　　　　　　　　　INJUNCTIVE RELIEF SOUGHT

v.

VEREIT Real Estate, L.P,

　　　Defendant.

_____/

**PLAINTIFF'S MOTION FOR JUDGMENT UPON DEFAULT AGAINST DEFENDANT**

　　　Plaintiff Howard Cohan, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 55(b)(2), states the following in support of his Motion for Entry of Default Judgment against Defendant VEREIT Real Estate, L.P.:

1. Plaintiff filed his Complaint in this action on February 21, 2022. [Doc. No. 1].
2. Plaintiff arranged for service on Defendant and service was made on March 7, 2022. [Doc. No. 3].
3. Defendant failed to appear or respond to Plaintiff's Complaint, and Plaintiff filed and served a Request for Clerk's Entry of Default pursuant to Fed. R. Civ. 55(a). [Doc. No. 4].
4. Default was entered as to Defendant on April 8, 2022. [Doc. No. 5]
5. Defendant is not a minor or an otherwise incompetent person.
6. Defendant has admitted all well-pleaded facts alleged in Plaintiff's Complaint by failing to plead or otherwise respond.
7. This Motion is further based on the facts attested to in Plaintiff's accompanying Brief in Support of Motion for Entry of Default Judgment and the record in this matter. These materials are sufficient to justify the requested relief.

WHEREFORE, Plaintiff respectfully requests entry of a default judgment in favor of Plaintiff and against Defendant in the form of the Proposed Default Judgment and Permanent Injunction attached hereto, and for such other and further relief this Court deems just and proper.

Respectfully Submitted,

<u>/s/ Barry Debrow Jr.</u>
Georgia Bar No.445097
Debrow Law P.C.
12 Bullsboro Dr.
Newnan, Ga 30263
(678) 381-6871
barry@debrowlaw.com

Dated: October 7th, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2022 a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

<u>/s/ Barry Debrow Jr.</u>
Georgia Bar No.445097
Debrow Law P.C.
12 Bullsboro Dr.
Newnan, Ga 30263
(678) 381-6871
barry@debrowlaw.com